FILED
OCT 09 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 19-313 <br> (18 U.S.C. §§922(g)(3) and 922(a)(6)) |
| ERIK MATTHEW HARRIS | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury further charges:

On or about February 25, 2019, in the Western District of Pennsylvania, the defendant, ERIK MATTHEW HARRIS, knowing he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce, a firearm; to wit, a Rock Island Pistol, model: 1911-A1, .45 caliber pistol, bearing serial number RIA1982462.

In violation of Title 18, United States Code, Section 922(g)(3).

## COUNT TWO

The grand jury further charges:

On or about March 8, 2019, in the Western District of Pennsylvania, the defendant, ERIK MATTHEW HARRIS, knowing he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce, a firearm; to wit, a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial number FXY1361.

In violation of Title 18, United States Code, Section 922(g)(3).

## COUNT THREE

The grand jury further charges:

On or about March 14, 2019, in the Western District of Pennsylvania, the defendant, ERIK MATTHEW HARRIS, knowing he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce, a firearm; to wit, a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial number FWX7043.

In violation of Title 18, United States Code, Section 922(g)(3).

## **COUNT FOUR**

The grand jury further charges:

On or about February 25, 2019, in the Western District of Pennsylvania, the defendant, ERIK MATTHEW HARRIS, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, ERIK MATTHEW HARRIS, in connection with the acquisition of a Rock Island Pistol, model: 1911-A1, .45 caliber pistol, bearing serial number RIA1982462., from John Brown's Armory, a federally licensed firearms dealer, stated on ATF Form 4473, question 11e, that he was not an unlawful user of a controlled substance, when in truth and fact, and as the defendant, ERIK MATTHEW HARRIS, well knew then, he was an unlawful user of the controlled substance marijuana.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT FIVE

The grand jury further charges:

On or about March 8, 2019, in the Western District of Pennsylvania, the defendant, ERIK MATTHEW HARRIS, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, ERIK MATTHEW HARRIS, in connection with the acquisition of a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial number FXY1361, from John Brown's Armory, a federally licensed firearms dealer, stated on ATF Form 4473, question 11e, that he was not an unlawful user of a controlled substance, when in truth and fact, and as the defendant, ERIK MATTHEW HARRIS, well knew then, he was an unlawful user of the controlled substance marijuana.

In violation of Title 18, United States Code, Section 922(a)(6).

# COUNT SIX

The grand jury further charges:

On or about March 14, 2019, in the Western District of Pennsylvania, the defendant, ERIK MATTHEW HARRIS, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, ERIK MATTHEW HARRIS, in connection with the acquisition of a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial number FWX7043, from John Brown's Armory, a federally licensed firearms dealer, stated on ATF Form 4473, question 11e, that he was not an unlawful user of a controlled substance, when in truth and fact, and as the defendant, ERIK MATTHEW HARRIS, well knew then, he was an unlawful user of the controlled substance marijuana.

In violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATIONS

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Counts One through Six of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2. As part of the commission of the violations of Title 18, United States Code, Sections 922(a)(6) and 922(g)(3) charged in Counts One Through Six of this Indictment, defendant ERIK MATTHEW HARRIS did use the firearms listed in Counts One through Six of this Indictment in the knowing commission of said violations, thereby subjecting said property to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

A True Bill,

*/signature/*
Foreperson

*/signature/*
SCOTT W. BRADY
United States Attorney
PA ID No. 88352