19-313

CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____    Erie _____    Johnstown _____

Related to No. US v. JaeMere Scott (to be filed)   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. _X_ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: ERIK MATTHEW HARRIS

Is indictment waived:  ___ Yes   _X_ No

Pretrial Diversion:  ___ Yes   _X_ No

Juvenile proceeding:  ___ Yes   _X_ No

Defendant is:  _X_ Male   ___ Female

Superseding indictment or information  ___ Yes   _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Beaver County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ___ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ___ this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | ___ Federal |
| Detainer filed: | ___ yes | -___ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 6 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | ERIK MATTHEW HARRIS | |

| COUNTS | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1-3 | 18 U.S.C. § 922(g)(3) | Possession of a Firearm and/or Ammunition by an Unlawful User of a Controlled Substance | X |
| 4-6 | 18 U.S.C. § 922(a)(6) | Falsification of Firearms Purchase Form | X |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 10/8/2019

*s/ Chad R. Parks*
CHAD R. PARKS
Special Assistant U.S. Attorney
PA ID No. 94647