IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | Criminal No. 19-313 |
| | ) | |
| ERIK MATTHEW HARRIS, | ) | |
| Defendant. | ) | |

### Order

AND NOW, this 16th day of November 2021, in consideration of the Defendant's Motion to Remain on Bond Pending Appeal (ECF No. 104) and the Government's Opposition thereto (ECF No. 108), it is hereby ORDERED that the Motion to Remain on Bond Pending Appeal is GRANTED.

The Court finds that the statutory requirements of Title 18 United States Code section 3143(b) have been met. Therefore, Erik Matthew Harris is permitted to remain on Bond pending appeal pursuant to 18 U.S.C. § 3143(b). Erik Matthew Harris shall remain under the same terms and conditions of his present Bond as detailed at Docket No. 13 (Order Setting Conditions of Release), Docket No. 14 (Appearance Bond), and Docket No. 77 (Order of Court Amending Conditions of Pretrial Release).

By the Court:

_____
Marilyn J. Horan
United States District Court Judge